(122 So. 25)

## ST. PAUL FIRE & MARINE INS. CO. v. B. W. ARMSTRONG. (4 Div. 420.)

Supreme Court of Alabama. April 11, 1929.

Farmer, Merrill & Farmer, of Dothan, for appellant.

J. N. Mullins, of Dothan, for appellee.

GARDNER, J. This case, and that of Hartford Fire Insurance Co. v. Armstrong, ante, p. 208, 122 So. 23, this day decided, were tried together as one case, and present the same questions. Upon that authority, therefore, the judgment is reversed, and the cause remanded.

Reversed and remanded.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.